**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jason Avery Deon GRIMES,**
**Defendant–Appellant.**

**No. 12–10498**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 14, 2012.

Peggy Morris Ronca, Daniel W. Eckhart, David L. Haas, Robert E. O'Neill, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Stephen John Langs, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Jason Avery Deon Grimes, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Grimes's convictions and sentences are **AFFIRMED.**